UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SNAP-ON INCORPORATED

        Plaintiff,

  v.

ASTON TECHNOLOGIES, INC. and
JEFF Z. XU

        Defendants.

Case No. 1:23-cv-789-PTG-JFA

## STIPULATION TO DISMISSAL OF ACTION WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and amongst the parties, that this entire action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).  The parties have entered into a settlement agreement.  Each party shall bear its own attorneys' fees, expenses, and costs associated with this action.

Dated: January 18, 2024

**DLA PIPER LLP (US)**

By: _____
J. Kevin Fee (VA Bar No. 88376)
500 Eighth Street
Washington, DC 20004
Tel. 202.799.4441
kevin.fee@us.dlapiper.com

Gina Durham (*pro hac vice* forthcoming)
Jordan Chisek (*pro hac vice* forthcoming)
555 Mission Street
Suite 2400
San Francisco, CA 94105
415.836.2506
415.836.2549
gina.durham@us.dlapiper.com
jordan.chisek@us.dlapiper.com

*Counsel for Plaintiff Snap-on Incorporated*

By: _____
Jeff Xu
14303 Sullyfield Cir. Ste G
Chantilly, Virginia 20151
703.348.3777 Ext. 1000
Jeff@astontechnologies.com

By: _____
Aston Technologies
14303 Sullyfield Cir. Ste G
Chantilly, Virginia 20151
703.348.3777 Ext. 1000
Jeff@astontechnologies.com

*Pro Se Defendants Aston Technologies and Jeff Xu*